No. 79–612. RUNCK *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 79–614. STOUDT'S FERRY PREPARATION CO. *v.* MARSHALL, SECRETARY OF LABOR. C. A. 3d Cir. Certiorari denied.

No. 79–615. BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF CINCINNATI ET AL. *v.* WALTER, SUPERINTENDENT OF PUBLIC INSTRUCTION, ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 79–635. DEUTSCH *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 79–638. POE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–644. ATELIERS ROANNAIS DE CONSTRUCTIONS TEXTILES ET AL. *v.* DUPLAN CORP. ET AL.;

No. 79–658. DEERING MILLIKEN RESEARCH CORP. ET AL. *v.* DUPLAN CORP. ET AL.;

No. 79–659. DEERING MILLIKEN, INC. *v.* DUPLAN CORP. ET AL.; and

No. 79–660. DUPLAN CORP. ET AL. *v.* DEERING MILLIKEN, INC., ET AL. C. A. 4th Cir. Certiorari denied. Reported below: 594 F. 2d 979.

No. 79–648. WOOLSEY *v.* TRUSTEES FOR WESTGATE-CALIFORNIA CORP.; and

No. 79–712. ASH ET UX. *v.* TRUSTEES FOR WESTGATE-CALIFORNIA CORP. C. A. 9th Cir. Certiorari denied. Reported below: 609 F. 2d 1274.

No. 79–649. AVCOLLIE *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.